ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

FILED
JAN - 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

Martin Romero,

        Plaintiff,

vs.

Jo Anne B. Barnhart,
Commissioner of Social Security,

        Defendant(s).
_____/

CASE NO. 2:05-cv-00379-GGH

**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER**

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to Defendant's answer in the above-referenced case is hereby extended from the present due date of December 27, 2005, by sixty days, to the new response date of February 27, 2006.

DATED: December 20, 2005

                                  McGregor W. Scott
                                  United States Attorney

/s/ Ann M. Cerney
Ann M. Cerney
Attorney for Plaintiff

/s/ Bobbie J. Montoya
Bobbie J. Montoya
Assistant U S Attorney
Attorney for Defendant

IT IS SO ORDERED.

Dated: Jan. 5, 2006

GREGORY G. HOLLOWS
U.S. Magistrate Judge

---

1
Stipulation and [Proposed] Order Extending Plaintiff's Time to Respond to Defendant's Answer