ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| MARTIN ROMERO, | CASE NO. 2:05-cv-00379-GGH |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to Defendant's answer in the above-referenced case is hereby extended from the present due date of February 27, 2006, by fourteen days, to the new response date of March 13, 2006.

DATED: February 27, 2006

McGregor W. Scott
United States Attorney

/s/ Ann M. Cerney
Ann M. Cerney
Attorney for Plaintiff

/s/ Bobbie J. Montoya
Bobbie J. Montoya
Assistant U S Attorney
Attorney for Defendant

---

1

Stipulation and [Proposed] Order Extending Plaintiff's Time to Respond to Defendant's Answer

```
ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| MARTIN ROMERO, | CASE NO. 2:05-cv-00379-GGH |
| Plaintiff, | **[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's time in which to respond to Defendant's Answer is hereby continued to March 13, 2006.

DATED: March 1, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

---

2

Stipulation and [Proposed] Order Extending Plaintiff's Time to Respond to Defendant's Answer