1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

**FILED**

MAR 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| MARTIN ROMERO, | CASE NO. 2:05-cv-00379-GGH |
| Plaintiff, | [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's time in which to respond to Defendant's Answer is hereby continued to April 12, 2006.

DATED: March 13, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

---

2

Stipulation and [Proposed] Order Extending Plaintiff's Time to Respond to Defendant's Answer