McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARY P. PARNOW
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone: (916) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ROMERO,<br><br>            Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-00379-GGH<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO JUNE 15, 2006 |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of May 16, 2006, by thirty days, to the new response date of June 15, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because Defendant's counsel will be out of the office during the current briefing period.

Stip.& Order Ext. Def.'s Time - 2:05-00379        **1**

1  This is the first extension requested re Defendant's
2 response to Plaintiff's motion for summary judgment.
3  The parties further stipulate that counsel for Plaintiff
4 will provide a facsimile of this stipulation bearing counsel's
5 signature for retention in Defendant's case file, and hereby
6 authorizes counsel for Defendant to file this document in .pdf
7 format under the latter's Electronic Case Filing password,
8 pursuant to Local Rule 7-131.

DATED: April 27, 2006         By:    /s/ Ann M. Cerney
                                    ANN M. CERNEY
                                    Attorney at Law

                                    Attorney for Plaintiff


DATED: April 28, 2006               McGREGOR W. SCOTT
                                    United States Attorney
                                    BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney


                              By:    /s/ Bobbie J. Montoya for
                                    MARY P. PARNOW
                                    Special Assistant U. S. Attorney

                                    Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION



                              ORDER

     APPROVED AND SO ORDERED.

DATED: 5/5/06                 /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE
romero.ord

Stip.& Order Ext. Def.'s Time - 2:05-00379      **2**